815 A.2d 475

STATE OF NEW JERSEY, PLAINTIFF–MOVANT, v. MICHAEL BANKO, DEFENDANT–RESPONDENT.

January 30, 2003.

ORDERED that the motion for leave to appeal is granted; and it is further

ORDERED that the motion for summary disposition is granted. The matter is summarily remanded to the Appellate Division to consider the appeal on the merits. See *State v. Petties*, 139 *N.J.* 310, 654 *A.*2d 979 (1995).